**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Ronny Puga and Rickey Puga v. Barbara Salesi

Appellate case number:      01-14-00724-CV

Trial court case number:    2011-28575

Trial court:                133rd District Court of Harris County

The Court requests a response from counsel for appellee to Appellants' Motion to Stay Appeal on Account of the Death of Appellee. The response, if any, is due within 10 days of the date of this order.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    X  Acting individually      ☐  Acting for the Court


Date:  November 4, 2014